BEFORE THE THIRD DIVISION, DECEMBER 11, 1951

**No. 56169.**—S. P. Skinner Co., Inc. *v.* United States, protest 176590–K (New York).

Opinion by ·EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of brass silent butlers similar in all material respects to those the subject of *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), the claim of the plaintiff was sustained.

**No. 56170.**—Miss D. F. Follows c/o Carfax *v.* United States, protest 165587–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56171.**—Haddad & Sons *v.* United States, protest 165986–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56172.**—Olivier Co., Inc. *v.* United States, protest 173270–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.